### THE STATE v. WAGES.
(Decided January 21st, 1915.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

ROBERT C. BRICKELL, Attorney General, for the State. No counsel marked for appellee.

Per curiam. Appeal dismissed.

---

### STEPHENS v. THE STATE.
(Decided January 23rd, 1915.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

LEE & TOMPKINS, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### STEPHENS v. THE STATE.
(Decided January 23rd, 1915.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

E. H. HILL, for appellant. ROBERT C. BRICKELL, Attorney General, for the. State.

Per curiam. Appeal dismissed.

---

### STREET v. CITY OF ANNISTON.
(Decided January 12th, 1915.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. S. W. TATE, for appellee.

Per curiam. Affirmed on certificate.

---

### STEWART VENEER CO. v. RAMEY.
(Decided February 11th, 1915.)

APPEAL from Hale Law and Equity Court.

Heard before Hon. CHARLES E. WALLER.